UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRENTISS ARNOLD WALLACE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-407** |
| **KEITH DEVILLE, WARDEN** | **SECTION: "I"(5)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Prentiss Arnold Wallace, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the petition of Prentiss Arnold Wallace for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 18th day of May, 2017.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE